**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange Commission

                                   Plaintiff,

                                                                    12  cv 7261        (TPG  )

                  -against-
8000, Inc., Jonathan E. Bryant, Thomas J. Kelly              **MOTION FOR ADMISSION**
and Carl N. Duncan                                               **PRO HAC VICE**
                                   Defendant.


Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern

Districts of New York, I **Michael M. Mustokoff**                                , hereby move this Court

for an Order for admission to practice Pro Hac Vice to appear as counsel for

 **Defendant, Thomas J. Kelly**                          in the above-captioned action.

        I am in good standing of the bar(s) of the state(s) of

**Pennsylvania**                                 and there are no pending disciplinary proceedings against

me in any state or federal court.

Dated:   November 19, 2012                          Respectfully Submitted,


                                   _____
                                   Applicant Signature

                                   Applicant's Name: **Michael M. Mustokoff**

                                   Firm Name:  **Duane Morris LLP**

                                   Address:  **30 South 17th Street**

                                   City / State / Zip: **Philadelphia, PA  19103**

                                   Telephone / Fax:  **215-979-1810/215-689-3607**

                                   E-Mail: **mmustokoff@duanemorris.com**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Securities and Exchange Commission
                              Plaintiff,

                     -against-

8000, Inc., Jonathan E. Bryant,          Defendant.
Thomas J. Kelly and Carl N. Duncan

_12_ cv _7261_____ ( **TPG** )

**ORDER FOR ADMISSION**
**PRO HAC VICE**

The  motion of  __Michael M. Mustokoff_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

Applicant  has declared that he/she is a member  in good standing of the bar(s) of the state(s) of

Pennsylvania_____; and that his/her contact information is as follows

(please print):

        Applicant's Name:  _Michael M. Mustokoff_____

        Firm Name: _Duane Morris LLP_____

        Address:  _30 South 17th Street_____

        City / State / Zip: _Philadelphia, PA  19103_____

        Telephone / Fax: _215-979-1810/215-689-3607_____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for
Defendant, Thomas J. Kelly
_____ in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____                    _____

                                United States District / Magistrate Judge



## 𝔖upreme 𝔒ourt of 𝔓ennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael Mark Mustokoff, Esq.*

**DATE OF ADMISSION**

*September 22, 1972*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  November 1, 2012**

John W. Person Jr., Esq.
Deputy Prothonotary