UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>8000, INC., JONATHAN E. BRYANT, )<br>THOMAS J. KELLY, and CARL N. DUNCAN, )<br>)<br>Defendants. )<br>) | Civil Action No. 12-cv-7261 (TPG) |

**Joint Motion for Extension of Time for**
**Defendant Thomas Kelly to Answer the Complaint**

Plaintiff Securities & Exchange Commission and Defendant Thomas Kelly jointly request that Kelly be provided with an extension until January 25, 2013 to answer the Complaint in this litigation. The parties are presently engaged in fruitful settlement negotiations that may result in a resolution of the litigation between the parties.

Respectfully submitted,

 /s Deena R. Bernstein                       /s/ Michaekl M. Mustokoff
Deena R. Bernstein                          Michael M. Mustokoff
  Senior Trial Counsel.                      Duane Morris LLP
  BernsteinD@sec.gov                        30 South 17th Street
Kevin M. Kelcourse                           Philadelphia, PA 19103-4196
  Assistant Regional Director              215-979-1810
  KelcourseK@sec.gov                      Attorney for Defendant Thomas Kelly

Attorneys for Plaintiff
SECURITIES & EXCHANGE COMMISSION
33 Arch Street, 23rd Floor
Boston, MA  02110
Telephone No.: (617) 573-8900
Facsimile No.:  (617) 573-4593

November 29, 2012