# EXHIBIT 3

# 8000inc (EIGH.pk) Announces Third Quarter Shareholder Dividend

Published: Sep 16 2010 05:15:43

8000inc (EIGH.pk) Announces Third Quarter Shareholder Dividend MANASSAS, Virginia, September 16, 2010 /PRNewswire/ -- In recognition of the company's over target performance, 8000inc today announced that its board of Directors approved 30% of company retained profits will be allocated for a shareholder cash dividend on the company's common shares for all shareholders of record as of 30th September 2010. Due to the significant reported shareholder equity, should this cash dividend fall below US$0.10 per share, the company reserves the right to convert this payment to a 1 for 10 (10%), stock dividend ensuring shareholder value and return. The dividend will be payable on October 15th, 2010 to all shareholders of record as of 30th September 2010.

Tom Kelly said, "Having reached so many milestones and delivering over and above its plan, it is only right that the company acknowledges and rewards its shareholders."

This news release contains forward-looking statements that are subject to certain risks and uncertainties that may cause actual results to differ materially from those projected on the basis of such forward-looking statements. The words "estimate," "project," "intends," "expects," "believes," and similar expressions are intended to identify forward-looking statements. Such forward-looking statements are made based on management's beliefs, as well as assumptions made by, and information currently available to, management pursuant to the "safe-harbour" provisions of the Private Securities Litigation Reform Act of 1995. For a more complete description of these and other risk factors that may affect the future performance of 8000 Inc. see "Risk Factors" in the Company's Annual Report on Form 10-KSB and its other filings with the Securities and Exchange Commission. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date made and the Company undertakes no obligation to disclose any revision to these forward-looking statements to reflect events or circumstances after the date made or to reflect the occurrence of unanticipated events.

For further information: please visit: http://www.8000inc.net, Or contact: 8000inc, 10432 Balls Ford Road, Suite 300, Manassas, Virginia, 20109, USA, t. +1-703-881-7834, f. +1-703-881-7601, e.enquiries@8000inc.net

Copyright (c) 2002, PR Newswire Europe http://www.prnewswire.co.uk

Provider ID: 30016114 -0- Sep/16/2010  9:15 GMT

To view this story at www.bloomberglaw.com please click on following link:
https://www.bloomberglaw.com/link/load/document/L8U1Q73PWT1C