# EXHIBIT 4

# 8000inc (EIGH.pk) receives US$40M windfall

Published: Sep 28 2010 09:24:38

8000inc (EIGH.pk) receives US$40M windfall

8000inc (EIGH.pk) receives US$40M windfall

8000inc (EIGH.pk) receives US$40M windfall

PR Newswire

MANASSASS, VA, Sept. 28

8000inc to deliver its planned progression in acquisitions,
projects and exchange progression in advance of expectations.

MANASSASS, VA, Sept. 28 /PRNewswire-FirstCall/ - As announced
February 23, 2010, the 8000inc finance team developed and agreed to
a unique financing model utilizing non-dilutable stock as
collateral. Due to the progression of the company, its operations
and its increasing market value, the direct result to the company
and its shareholders is a US$40M cash windfall in relative
earnings. The exact figure will be known to the company October
3rd, 2010.

Although planned, the advanced realization of this option was
unexpected. It has always been the company's intent to finance the
first stages of progression without the need for issuing dilutable
stock for cash. This success has been achieved through the existing
planned and in-place mechanisms of 8000inc without the need for
increased collateral, stock dilution, decrease in shareholder value
or cash penalty to the company. This finance structure will
accommodate all company funding requirements based on market value
and operational performance. This is potentially limitless and
enables the company to engage growth at the highest levels. This is
simply the realization of the extremely well planned financial
structure and instruments implemented and put in place by 8000inc
from inception to accommodate and manage increased growth.

In line with announced corporate values, this windfall in
relative earnings will enable the company to not only proceed
unhindered with the development of the 8000inc Desmond Haynes
Centers of Sporting Excellence and the new 8000inc Corporate
Headquarters, but will allow the company to instigate its program
to reduce and control its capital structure, including public float
and to facilitate its progression to a higher exchange through its
capitalization ensuring the maintenance of shareholder equity.
Specific announcements will follow during the next financial
quarter.

Thomas Kelly, CEO 8000inc, stated, "When we began this journey, we had the simplest of core values: Challenge current thinking, focus on delivering success, and maintain value for our shareholders. We are exceeding all targets set forth to date and we must thank our shareholders for that. To be at a market valuation where we stand today, is testament to the value given to us by our shareholders based on our performance. We intend to continue these values and to deliver. As we grow and increase market value, so do our earnings and cash reserves symbiotically through our existing financial structuring. We now have at our finger tips the opportunity to deliver all aspects of our plans. With recent events, we now have the leverage, when we decide, to use the corporate value given to us by shareholders to enact the financial plans to build the stadiums, the corporate head quarters, and to ensure our market position without encumbrance, hindrance, or limitation. We are now at a point through successful delivery of our plan where we have to consider the now real consequences of becoming and attaining at the highest level. That is a responsibility and one that all of the 8000inc team will relish".

This news release contains forward-looking statements that are subject to certain risks and uncertainties that may cause actual results to differ materially from those projected on the basis of such forward-looking statements. The words "estimate," "project," "intends," "expects," "believes," and similar expressions are intended to identify forward-looking statements. Such forward-looking statements are made based on management's beliefs, as well as assumptions made by, and information currently available to, management pursuant to the "safe-harbour" provisions of the Private Securities Litigation Reform Act of 1995. For a more complete description of these and other risk factors that may affect the future performance of 8000 Inc. see "Risk Factors" in the Company's Annual Report on Form 10-KSB and its other filings with the Securities and Exchange Commission. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of the date made and the Company undertakes no obligation to disclose any revision to these forward-looking statements to reflect events or circumstances after the date made or to reflect the occurrence of unanticipated events.

SOURCE 8000inc

Contact: www.8000inc.net, www.skyvillasrealty.com, Or contact: enquiries@8000inc.net

```
var BLAW_TOTAL_KEYWORD = 0; var BLAW_CURRENT_KEYWORD = 0; var
BLAW_ANCHOR_NAME = "blawkeyword"; var BLAW_BASE_URL = document.location.href;
function Blaw__findNextKeyWord() { var lastAnchor = BLAW_ANCHOR_NAME +
BLAW_CURRENT_KEYWORD; if (BLAW_CURRENT_KEYWORD >= BLAW_TOTAL_KEYWORD)
```

BLAW_CURRENT_KEYWORD=1; else ++BLAW_CURRENT_KEYWORD; var newanchor = BLAW_ANCHOR_NAME + BLAW_CURRENT_KEYWORD; var baseUrl = Blaw__getBaseURL(document.location.href); document.location.href = baseUrl + "#" + newanchor; if (document.anchors(lastAnchor)) { document.anchors(lastAnchor).style.backgroundColor = "yellow";} document.anchors(newanchor).style.backgroundColor = "orange"; } function Blaw__getBaseURL(url) { var reg = new RegExp("(.+)#.+$"); var ar; if (null != (ar = reg.exec(url))) { return ar[1]; } else { return url; } }

-0- Sep/28/2010 13:24 GMT

To view this story at www.bloomberglaw.com please click on following link:
https://www.bloomberglaw.com/link/load/document/L9GL923TCF0G