UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>    v.<br><br>8000, INC., JONATHAN E. BRYANT, THOMAS J. KELLY, and CARL N. DUNCAN,<br><br>        Defendants. | CIVIL ACTION<br><br>NO. 12-cv-7261 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney appears on behalf of Defendant Thomas J. Kelly in the above-captioned action.

Dated:  Philadelphia, Pennsylvania
        September 19, 2013

**DUANE MORRIS LLP**

By:  /s/Daniel R. Walworth
     Daniel R. Walworth
30 S. 17th Street
Philadelphia, PA 19103-4196
Tel.: 215-979-1194
Fax.: (215) 405-2917
dwalworth@duanemorris.com
*Attorneys for Defendant Thomas J. Kelly*

DM1\4184142.1

## CERTIFICATE OF SERVICE

On the 19th day of September 2013, I caused a copy of the foregoing to be served on all parties of record in this action by the Court's electronic filing system.

                                              */s/Daniel R. Walworth*
                                              Daniel R. Walworth