UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 12-cv-7261 |
| 8000, INC., JONATHAN E. BRYANT, THOMAS J. KELLY, and CARL N. DUNCAN, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/2013

## ORDER

AND NOW, this 24 day of September, 2013, upon consideration of the Parties' Joint Request for Stipulated Scheduling Order, it is hereby **ORDERED** and **DECREED** that said request is **GRANTED**. It is **FURTHER ORDERED** as follows:

    a.    Defendant Thomas J. Kelly's Response to the Securities and Exchange Commission's Motion Requesting Remedies Against Thomas Kelly shall filed on or before October 30, 2013.

    b.    The Securities and Exchange Commission's Reply in Support of its Motion Requesting Remedies Against Thomas Kelly shall be filed on or before November 15, 2013.

    c.    Any hearing on Securities and Exchange Commission's Motion Requesting Remedies Against Thomas Kelly shall be scheduled by the Court following the filing of the Parties' Responses and Replies in this matter.

BY THE COURT:

Honorable Thomas P. Griesa
United States District Judge

Sept. 24, 2013

2