UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

SECURITIES AND EXCHANGE
COMMISSION,

                    Plaintiff,

        – against –

8000, INC., JONATHAN E. BRYANT,
THOMAS J. KELLY, and CARL N.
DUNCAN,

                Defendants.

------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2013

12 Civ. 7261 (TPG)

**ORDER**

      Plaintiff Securities and Exchange Commission ("Commission")
moves for default judgment against Defendant 8000, Inc. pursuant to
Fed.R.Civ.P. 55(a) for failure to answer, plead or otherwise defend against
the complaint in this action.

      The Commission filed its complaint on September 27, 2012 and
filed a waiver of service for 8000, Inc., signed by CEO Jonathan Bryant,
on January 7, 2013. To date, 8000, Inc. has not filed an answer or
otherwise defended this action.

      Accordingly, the court grants default judgment against 8000, Inc.


      SO ORDERED.

Dated:  New York, New York
        November 12, 2013

Thomas P. Griesa
U.S. District Judge