```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
X--------------------------------------------------------X
SECURITIES AND EXCHANGE
COMMISSION,
                Plaintiff,

      12 CIV 7261 (TPG)

    -against-

      **DEFAULT JUDGMENT**

8000, INC., JONATHAN E. BRYANT,
THOMAS J. KELLY, and CARL N. DUNCAN,
                Defendants.
X--------------------------------------------------------X

Whereas Plaintiff Securities and Exchange Commission ("Commissioner") having moved for default judgment against Defendant 8000, Inc. pursuant to Fed. R. Civ. P. 55(a), and the matter having come before the Honorable Thomas P. Griesa, United States District Judge, and the Court, on November 12, 2013 having issued its Order granting default judgment against 8000, Inc., it is,

**ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated November 12, 2013, the default of 8000, Inc. is hereby entered pursuant to Fed. R. Civ. P. 55(a).

**DATED** : New York, New York
          November 13, 2013

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**

                                    By: _____
                                         **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____