UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2014
```

---------------------------------------------- x
                     :
SECURITIES AND EXCHANGE     :
COMMISSION,                 :
                     :        12-cv-7261 (TPG)
          Plaintiff,    :
                     :        **ORDER**
     – against –       :
                     :
800, INC. et al.,         :
                     :
         Defendants.   :
---------------------------------------------- x

The court will hold a hearing on the Government's motion

requesting remedies against Thomas Kelly on August 22, 2014 at

11:30am in Courtroom 26B.

Dated: New York, New York
       August 18, 2014

                                        Thomas P. Griesa
                                        U.S. District Judge