UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> 8000, INC., JONATHAN E. BRYANT, THOMAS J. KELLY, and CARL N. DUNCAN, <br><br> Defendants. | Civil Action No. 12-cv-7261 (TPG) <br><br> USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: _____ <br> DATE FILED: 10/9/14 |

**CORRECTED FINAL JUDGMENT AS TO DEFENDANT THOMAS KELLY**

The Securities and Exchange Commission filed a Complaint and Defendant Thomas J. Kelly ("Defendant") entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; and previously waived any right to appeal, as to the amounts of disgorgement, prejudgment interest and civil penalty to be paid by Defendant. After full briefing and a hearing before the Court on August 22, 2104, the Court hereby orders the following:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this Final Judgment incorporates by reference as if fully set forth herein the Judgment as to Defendant previously entered on June 6, 2013. (ECF 22.)

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant is liable

for disgorgement of $415,592, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $46,697 for a total in the amount of $ 462,289.

Having reviewed the briefs, and heard testimony from Defendant, the Court has found that Defendant cannot currently satisfy the amount of the judgment. The Commission is ORDERED to permit payment of the judgment according to a schedule that allows Defendant those funds sufficient to meet both personal and business needs. The Court recognizes Defendant's need to continue his current business of appraisal and renovation, such that he can maintain the ability to make periodic payment to the Government toward the satisfaction of the judgment.

Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Thomas J. Kelly as a defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Defendant shall simultaneously transmit photocopies of evidence of payment and case

identifying information to the Commission's counsel in this action. By making this payment, Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Defendant. The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by moving for civil contempt (and/or through other collection procedures authorized by law) at any time after 14 days following entry of this Final Judgment]. Defendant shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: Oct. 9, 2014

_____
UNITED STATES DISTRICT JUDGE

3