UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 12-cv-7261 (TPG) |
| v. | ) ) ) | |
| 8000, INC., JONATHAN E. BRYANT, THOMAS J. KELLY, and CARL N. DUNCAN, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR
<u>DEFAULT JUDGMENT AGAINST DEFENDANT 8000, INC.</u>**

Plaintiff Securities & Exchange Commission's ("Commission") hereby requests that this court enter default judgment against Defendant 8000, Inc. pursuant to Federal Rule of Civil Procedure 55(b) and Local Rule 55.2(b).  Attached as exhibits to this Motion is a copy of the Clerk's certificate of default, a copy of the Complaint and a proposed form of default judgment

By its attorney,

/s/   Deena R. Bernstein
Deena R. Bernstein (BBO #558721)
 Senior Trial Counsel
Securities & Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8813 (Bernstein)
(617) 573-4590 (Facsimile)

November 3, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2014 I have served by ECF on all counsel of record.  I have also served Jonathan Bryant in his personal capacity and as CEO of 8000, Inc. at his email address: jonathan@tbgfunds.com as well as his last known address below:

Wyresdale, Wrenbury Road, Aston,
Nantwich Cheshire, CW5 8DQ

/s Deena R. Bernstein
Deena R. Bernstein