UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF THE HON. THOMAS P. GRIESA, USDJ
500 PEARL STREET
NEW YORK, NY 10007

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Securities and Exchange Commission,                    :

                    Plaintiff,                    :

         - v -                    :

Jonathan E. Bryant,                    :

                        :

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF CONFERENCE
WITH THE COURT

12 Civ. 7261 (TPG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/15

Please be advised that the above-captioned action as been assigned to Judge Thomas P. Griesa.

Counsel for both sides are directed to attend an **in-person** Court conference for the purpose of determining the status of the case, and fixing a trial date or discussing possible settlement.

This initial conference will be held on **March 31, 2015 at 4:00 PM**, in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  **Kindly confirm this time and date with your adversary.  No requests for adjournment shall be granted.** All communications regarding this matter should be directed to Judge Griesa's Clerk:

                    Mr. Kenneth Zaepfel
                    U.S. District Court, Clerk's Office
                    500 Pearl Street
                    New York, NY 10007
                    (212) 805-0101

Please **DO NOT** telephone the Judge's Chambers except in case of emergency.

DATED:  NEW YORK, N.Y.
          February 26, 2015

                              KENNETH R. ZAEPFEL
                              U.S. Deputy Clerk
                              for
                              HON. THOMAS P. GRIESA,
                              U.S. DISTRICT JUDGE