UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
CHAMBERS OF THE HON. THOMAS P. GRIESA, USDJ
500 PEARL STREET
NEW YORK, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2015
```

------------------------------------x

Securities and Exchange Commission,       :

               Plaintiff,                    :

   - v -                                                       :

Jonathan E. Bryant,                                  :

               Defendant.                 :
------------------------------------x

NOTICE OF TELEPHONE
CONFERENCE WITH THE
COURT

12 Civ. 7261 (TPG)

Please be advised that the above-captioned action has been assigned to Judge Thomas P. Griesa.

Counsel representing Plaintiff, and Jonathan E. Bryant, Pro Se Defendant, shall participate in a telephone conference with the Court on **April 16, 2015 at 12:00PM**. The in-person conference previously scheduled to take place in Courtroom 26B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on March 31, 2015 at 4:00PM is cancelled. **Kindly confirm this time and date with your adversary. No requests for adjournment shall be granted.**

All communications regarding this matter should be directed to Judge Griesa's Clerk:

        Mr. Kenneth Zaepfel
        U.S. District Court, Clerk's Office
        500 Pearl Street
        New York, NY 10007
        (212) 805-0101

Please **DO NOT** telephone the Judge's Chambers except in case of emergency.

DATED: NEW YORK, N.Y.
             March 11, 2015

                                           KENNETH R. ZAEPFEL
                                           U.S. Deputy Clerk
                                           for
                                           HON. THOMAS P. GRIESA,
                                           U.S. DISTRICT JUDGE