USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> 8000, INC., JONATHAN E. BRYANT, THOMAS J. KELLY, and CARL N. DUNCAN, <br><br> Defendants. | Civil Action No. 12-cv-7261 (TPG) |

**Securities and Exchange Commission's Motion Requesting
Cancellation of April 16, 2015 Status Conference and Notice of
<u>Filing Consent and Final Judgment Against Jonathan Bryant</u>**

Plaintiff Securities and Exchange Commission ("Commission") hereby requests that this Court cancel the status conference scheduled for April 16, 2015. Contemporaneous with the filing of this motion, the Commission has submitted an agreed-upon proposed final judgment against Jonathan Bryant ("Bryant"). This final judgment seeks full injunctive relief, disgorgement and prejudgment interest. The Commission is not seeking a penalty as part of the settlement. The proposed final judgment resolves all issues against Bryant in this action. Remaining pending before this Court is the Commission's Motion for Default Judgment against Defendant 8000, Inc. – the last remaining defendant in this action. (ECF 42, 43.)

Approved.
Thomas P. Griesa
USDJ
April 3, 2015
4/7/15

By its attorney,

/s/   Deena R. Bernstein
Deena R. Bernstein (BBO #558721)
  Senior Trial Counsel
Securities & Exchange Commission
33 Arch Street, 23rd Floor
Boston, Massachusetts 02110
(617) 573-8813 (Bernstein)
(617) 573-4590 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2015 I have served by ECF on all counsel of record. I have also served Jonathan Bryant in his personal capacity and as officer of 8000, Inc. at his email address: jonathan@tbgfunds.com

/s Deena R. Bernstein
Deena R. Bernstein